WILLIAM B. DUNCAN et al., Respondents, *v.* MARGARET D. KATEN, Appellant.

(Argued January 18, 1876; decided January 25, 1876.)

*Peter Mitchell* for the appellant.

*John W. Weed* for the respondents.

Agree to affirm.   No opinion.
All concur.
Order affirmed.

---

THOMAS LANGLEY, Respondent, *v.* THOMAS CORNELL, Appellant.

(Argued January 26, 1876; decided February 1, 1876.)

*S. L. Stebbins* for the appellant.

*J. A. Steele* for the respondent.

Agree to affirm.   No opinion.
All concur; EARL, J., not sitting.
Judgment affirmed.

---

WILLIAM MORTHORST, by Guardian, etc., Respondent, *v.* THE NEW YORK CENTRAL AND HUDSON RIVER RAILROAD COMPANY, Appellant.

(Argued January 20, 1876; decided February 1, 1876.)

*A. P. Laning* for the appellant

*John H. Martindale* for the respondent.

Agree to affirm.   No opinion.
All concur; ALLEN, J., not sitting
Judgment affirmed.